UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO. 19-40196-KKS

DAVID HARRISON WOODYARD       CHAPTER 7
and
SHELLEY WILLIAMS WOODYARD,

                Debtors.
_____ /

**ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY
AND APPOINT REAL ESTATE AGENT, BILL T REALTY LLC,
AND AUTHORIZATION TO SELL PROPERTY (Doc. 17)**

THIS MATTER came for consideration on the *Application to Employ and Appoint Real Estate Agent, Bill T Realty LLC, and Authorization to Sell Property* (Doc. 17) filed by Trustee Mary W. Colón, and it appearing that the services of a real estate agent are warranted and will be required to fully administer this case, and it further appearing that Bill T Realty LLC is qualified to represent the Trustee in this matter, it is

**ORDERED:**

1. The Application is APPROVED.

2. Trustee, MARY W. COLÓN, is authorized to employ the above-named entity as Real Estate Agent for the Trustee,

to perform all such marketing/listing/sales services as may be necessary in carrying out the Trustee's duties in this case.

3. The Trustee shall not hereafter disburse any monies or transfer any property to the above agent in satisfaction of commission fees incurred during this case except upon further order of this Court.

4. Upon completion of her services, the Real Estate Agent shall apply to the court for an award of Real Estate Agent's fees.

DONE and ORDERED on  May 16, 2019  .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Trustee Mary W. Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Order prepared by: Mary W. Colón, Esq.